B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court

<u>Northern</u> District of _____Illinois_____

In re: *TARA R. WELKE*            Case No. ID-35446
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

> This order is subject to being vacated at a later time if developments in the administration of the
> bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

> The debtor shall pay the chapter 7 filing fee according to the following terms:
>
> $ _74.75_ on or before _9.9.10_
> $ _74.75_ on or before _10.9.10_
> $ _74.75_ on or before _11.9.10_
> $ _74.75_ on or before _12.9.10_
>
> Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
> additional property to an attorney or any other person for services in connection with this case.
>
> IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE
> INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

> A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
> on _____ at _____ : AM/PM at _____.
>                                                      (address of courthouse)
>
> IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
> DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
> DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

**AUG 1 6 2010**

BY THE COURT:

DATE: _____

_____
United States Bankruptcy Judge